## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TYHESIA HOUSTON,** *Plaintiffs,* v. **UNITED STATES OF AMERICA, et al.,** *Defendants.* | Civil Action No. 23-1176(MCA) ORDER |

**THIS MATTER** comes before the Court by way of hits own Order to Show Cause as to why the Complaint of Plaintiff Tyhesia Houston should not be dismissed for Plaintiff's repeated failure to comply with this Court's Orders and/or failure to prosecute, ECF No. 42;

and it appearing that Judge Adams issued a Report and Recommendation dated October 22, 2024, in which Judge Adams recommended that this Court dismiss Plaintiff's Amended Complaint with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), ECF No. 44; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Adams's Report and Recommendation;

**IT IS** on this 16th day of January, 2025,

**ORDERED** that Judge Adams's Report and Recommendation dated October 22, 2024 is **ADOPTED** and this matter is dismissed with prejudice and shall be **CLOSED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**